EMIL BORDEN, Respondent, *v.* FRED T. LEY & Co., INC., Appellant.

(Argued March 8, 1935; decided April 16, 1935.)

*Clarence C. Meleney* and *Archie Brause* for appellant. *Sidney J. Feltenstein, Moses Feltenstein* and *Nathan J. Stein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.